**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*Foundation on the Rock Ministries; et al. v. AmerisourceBergen Drug Corporation et al.,* No. 1:20-op-45110-DAP | **MDL 2804**<br><br>**Case No. 1:17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

**NOTICE OF VOLUNTARY DISMISSAL**
**OF INDIVIDUAL DEFENDANTS AND MIAMI-LUKEN, INC.**

Pursuant Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, Rankin Baptist Association d/b/a Crossroads Counseling Center, hereby voluntarily dismisses all claims against the following Defendants:

Russell Gasdia
Craig Landau
Beverly Sackler
David Sackler
Jonathan D. Sackler
Kathe Sackler
Mortimer D.A. Sackler
Richard Sackler
Theresa Sackler
Ilene Sackler LefCourt
John Stewart
Mark Timney
Miami-Luken, Inc.

**Approved. So Ordered.**

***s/Dan Aaron Polster***
**DAN AARON POLSTER**
**U.S. DISTRICT JUDGE**

**Date: 8/12/2026**

with each party to bear its own fees and costs.

Dated: August 11, 2026

Respectfully submitted,

/s/ *John Arthur Eaves, Jr.*

John Arthur Eaves, Jr.
Eaves Law Firm, LLC
101 North State Street
Jackson, MS 39201